1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

       Plaintiff,

     v.

Edgar Rodriguez,

       Defendant.

Case No. 3:20-cr-00024-RCJ-CLB

**ORDER**

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 29th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

3